UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
SEP 27 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## CRIMINAL MINUTES - GENERAL

Case No.  22-MJ-3845     Date  September 27, 2022

Title  United States v. Eleuterio Saturnino Ruiz-Salomon

Present: The Honorable  Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

    ☒ will appear for further proceedings as required if released.

    ☒ will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

    ☒ Allegations in petition

    ☒ Lack of bail resources

    ☐ No stable residence or employment

    ☒ Ties to foreign countries

    ☐ Previous failure to appear or violations of probation, parole, or release

    ☒ Nature of previous criminal convictions

    ☐ Substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. 22-MJ-3845　　　　　　　　　　　　　　Date September 27, 2022

Title United States v. Eleuter- Saturnino Ruiz-Salanon

- ☐ Already in custody on state or federal offense
- ☒ Refusal to interview with Pretrial Services
- ☐

☒ Defendant did not oppose the detention request.

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.